```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**MARK P. JONES,**                       :
                                         :
    Plaintiff,                       :
                                         :
vs.                                      :   CIVIL ACTION 07-00009-WS-B
                                         :
**KEVIN McKINNEY,**                      :
                                         :
    Defendant.                       :


### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 7th of April, 2010.

                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE